**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02355-LTB-CBS

ERIN JAPP,

      Plaintiff,

v.

LOGAN COUNTY SHERIFF'S DEPARTMENT,

      Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion for Leave to Amend Answer (Doc 11 - filed December 10, 2008) is **GRANTED**. The tendered Amended Answer is accepted for filing.

Dated: December 11, 2008
_____