**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-02355-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  May 1, 2009** | **Courtroom Deputy:**  Linda Kahoe |
| ERIN JAPP, | Timothy L. Nemechek |
| Plaintiff, | |
| v. | |
| LOGAN COUNTY SHERIFF'S DEPARTMENT, | Cathy Havener Greer |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:     1:24 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiff's Motion to Amend Complaint (doc #27, filed 3/17/2009), Defendant's Response to Plaintiff's Motion to Amend Complaint (doc #29, filed 3/29/2009), and Plaintiff's Reply to Defendant Response to Plaintiff's Motion to Amend Complaint (doc #32, filed 4/10/2009).

The court suggests the Motion to Amend Complaint be held in abeyance.

The court suggests that Mr. Nemechek send Ms. Greer a replacement proposed Amended Complaint that eliminates the third claim for relief asserting promissory estoppel, eliminates the fourth claim for relief under §1983, and makes the appropriate factual corrections.  If counsel agree that the new proposed Amended Complaint is acceptable, then Plaintiff should withdraw this Motion and file an Unopposed Motion for Leave to Amend.  If counsel cannot agree on a new substitute proposed Amended Complaint, then Plaintiff can move to withdraw the current motion, or ask the court to rule on the current motion.

The court states it is not opposed to setting another Settlement Conference.

**ORDERED:**          **Plaintiff's Motion to Amend Complaint (doc #27, filed 3/17/2009) is held in ABEYANCE.  Counsel shall confer by the close of business on May 8, 2009 to determine if a new proposed Amended Complaint is acceptable.  If a new proposed Amended Complaint is not acceptable, Plaintiff shall ask the court to either move to withdraw the current motion, or to ask the court to rule on the current motion.**

HEARING CONCLUDED.

**Court in recess**:     **2:07 p.m.**
Total time in court:    00:43

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.